THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BRENDA LEDBETTER, DANIEL FORBES AND BRAD MOUNGER | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. H-09-1064 (JURY) |
| DAVID POWERS HOMES, INC., AND DAVID POWERS INDIVIDUALLY, | § § § § | |
| Defendants. | § | |

## AGREED FINAL JUDGMENT

In accordance with the agreement between Brenda Ledbetter ("Ledbetter"), Daniel Forbes ("Forbes") and Brad Mounger ("Mounger") (collectively "Plaintiffs") and Defendant David Powers Homes, Inc. ("DPH") (collectively, the "Parties") it is hereby:

ADJUDGED that Plaintiff Brenda Ledbetter have judgment against Defendants David Powers Homes, Inc. in the amount of $11,037.20 in actual damages, and another $11,037.20 in liquidated damages, for a total judgment amount of $22,074.44;

ADJUDGED that Plaintiff Daniel Forbes have judgment against Defendants David Powers Homes, Inc. in the amount of $7,051.29 in actual damages, and another $7,051.29 in liquidated damages, for a total judgment amount of $14,102.58;

ADJUDGED that Plaintiff Brad Mounger have judgment against Defendants David Powers Homes, Inc. in the amount of $13,850.00 in actual damages and another $13,850.00 in liquidated damages, for a

total judgment amount of $27,000.00.

Plaintiffs Brenda Ledbetter, Daniel Forbes and Brad Mounger are awarded attorney's fees in the amount of $9,850.00 against David Powers Homes, Inc. with such amount including costs and expenses.

Finally, this Judgment is against David Powers Homes, Inc. only, and Plaintiffs hereby take nothing from David Powers, in his individual capacity.

THIS IS A FINAL JUDGMENT.

SIGNED this 11TC day of May, 2010, in Houston, Texas.

SIGNED: _____

KEITH P. ELLISON
U.S. DISTRICT JUDGE